

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-14-00844-CV

Style:                 Neighborhood Centers Inc. v. Doreatha Walker

Date motions filed*:   December 11 and 5, 2014

Type of motions:       Amended Motions for Extension of Time to File Combined Appellee/
                       Cross-Appellant's Brief and to Withdraw *Pro Se* Motion & Brief

Parties filing motions: Appellee/Cross-Appellant Doreatha Walker's Pro Bono Counsel

Document to be filed:  Appellee/Cross-Appellant's Brief

Is appeal accelerated?      Yes

Ordered that motions are:

    ☑ Granted

        If document is to be filed, document due:  January 8, 2015

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    The amended motion for extension of time to file a combined appellee/cross-
    appellant's brief is granted as counsel for appellee/cross-appellant filed his notice of
    appearance on December 3, 2014.  Also, counsel's letter-motion to withdraw the *pro se*
    appellee/cross-appellant's motion to dismiss and brief is granted because pro bono
    counsel appeared after they were filed and appellant's brief was due and filed on
    December 9, 2014.  Accordingly, appellee/cross-appellant's brief is to be filed by
    January 8, 2015.  *See* TEX. R. APP. P. 38.6(b), (d).

Judge's signature: /s/ Evelyn V. Keyes
               ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:  December 16, 2014

November 7, 2008 Revision